# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

|  |  |  |
|---|---|---|
| **TRAVIS ANKENY**, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : | Case No: |
| v. | : : | Hon.: |
| **SAGILITY LLC**, | : : | Mag.: |
| Defendant. | : : : : | |

## <u>CONSENT TO JOIN</u>

I work or worked for Sagility LLC as an hourly, non-exempt employee and worked uncompensated overtime.

I choose to participate in the above-captioned lawsuit, to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b), and other relief under federal law.

I choose to be represented in this action by the named plaintiff and Sommers Schwartz, P.C., Brett Ehman, and Bruce E. Miller, P.A. ("Plaintiff's Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Sagility LLC and/or any related entities or persons potentially liable.

Print Name: Travis Michael Ankeny

Signature: _____

Date: 03/24/2023

1