# EXHIBIT C

SAGILITY LLC
11000 Westmoor Circle Suite 125
Westminster CO  80021

MP43-0006
ORG1:2801 Call Center
ORG2:2800 DentaQuest
EE ID: A405401      DD

*Payrolls by Paychex, Inc.*

TRAVIS M ANKENY

NON-NEGOTIABLE

NON-NEGOTIABLE

PERSONAL AND CHECK INFORMATION
Travis M Ankeny

**Soc Sec #:** xxx-xx-xxxx      **Employee ID:** A405401
**Clock ID:** A405401

**Home Department:** 2800 DentaQuest/ 2801 Call
Center

**Pay Period:** 01/02/23 **to** 01/15/23
**Check Date:** 01/20/23     **Check #:** 117387

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 409 | 824.66 | 1255.71 |
| **NET PAY** | **824.66** | **1255.71** |

ADDITIONAL INFORMATION

**Bilingual**        No

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 69.4800 | 130000 | 903.24 | 106 2600 | 1381 38 |
| | | Overtime | 0 5200 | 195000 | 10.14 | 0 5200 | 10.14 |
| | | 2nd Shift Earns | 0.1800 | 138000 | 2.48 | 0.1800 | 2.48 |
| | | Holiday | 8 0000 | 130000 | 104.00 | 16 0000 | 208 00 |
| | | **Total Hours** | 78.1800 | | | 122 9600 | |
| | | **Gross Earnings** | | | 1019.86 | | 1602.00 |
| | | **Total Hrs Worked** | 70.1800 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 56.08 | 85.02 |
| | Medicare | | 13.11 | 19.88 |
| | SC Income Tax | S 2 | 10.63 | 10.63 |
| | **TOTAL** | | 79.82 | 115.53 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Medical Pre-Tax | 115.38 | 230.76 |
| | **TOTAL** | 115.38 | 230.76 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **824.66** | **1255.71** |

*Payrolls by Paychex, Inc.*

0943 MP43-0006  Sagility LLC DBA  • 11000 Westmoor Circle Suite 125 • Westminster  CO  80021 • (309) 679-4446